UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

JON DAVID FLYNN,

     Plaintiff,

     v.                                                                    Case No. 3:26-cv-42

LARRY GIBSON and MATTHEW
BRANHAM, Martin County Sheriff's
Department, in their official and individual
capacities, GAVEN WILSON, DAVE
QUALKENBUSH, and STEVEN NOLAN,
Indiana State Police Department, in their
official and individual capacities, TYLER
DAVIS, Loogootee Police Department, in his
official and individual capacity, MARTIN
COUNTY BOARD OF COMMISSIONERS,
as Martin County Sheriff's Department, and
CITY OF LOOGOOTEE, as Loogootee
Police Department,

     Defendants.

## NOTICE OF DEFENDANTS' JOINT REMOVAL OF CIVIL ACTION

Defendants, Larry Gibson and Matthew Branham, Tyler Davis, Martin County Board of Commissioners, and City of Loogootee, by and through counsel Peter J. Hutson and Liberty L. Roberts, and Defendants Gaven Wilson, Dave Qualkenbush and Steven Nolan, by counsel Eric J. Leveque, Allison F. Mauk, and Timothy M. Hamilton, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, file their Notice of Joint Removal of this cause to the United States District Court for the Southern District of Indiana, Evansville Division, from the Martin County (Indiana) Circuit Court 1, Cause No. 51C01-2602-CT-000035. In support hereof, Defendants state:

1

1.      Plaintiff filed his Complaint in the Martin County (Indiana) Circuit Court 1 on February 4, 2026, and seeks to assert claims pursuant to 42 U.S.C. § 1983, for violations of his Fourth Amendment

2.      Removal herein is based on federal question jurisdiction.

3.      28 U.S.C. § 1441(a) provides that any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

4.      28 U.S.C. § 1446(b) requires notice of removal of a civil action be filed within thirty (30) days after receipt by a defendant, through service or otherwise, of a "copy of an amended pleading, motion, order or other paper from which it may be ascertained that the case is one which is or has become removable."

5.      The earliest date in which Defendants were served was February 10, 2026.

6.      This cause is removed within thirty (30) days of the service of the Complaint on Defendants.

7.      In accordance with 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal Defendants will give written notice of this filing to all adverse parties and will file a copy of the notice with the clerk of Martin County.

8.      In accordance with 28 U.S.C. § 1446(a) and Local Rule 81-2(a) and (c), Defendants submit herewith the State Court Record that contains a single PDF that includes the state court docket sheet, all pleadings, motions, orders, and all other filings, organized in chronological order by the state court filing date. *See* Exhibit 1.

2

9.      Pursuant to Local Rule 81-2(d), the operative complaint is provided as a separate attachment in Exhibit 2, in addition to being included in the State Court Record attached as Exhibit 1.

Respectfully submitted,

*Peter J. Hutson*
Peter J. Hutson, Atty No. 37639-53
Liberty L. Roberts, Atty. No. 23107-49
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
*Attorneys for Defendants Larry Gibson and Matthew Branham, Martin County Sheriff's Department, Tyler Davis, Loogootee Police Department, Martin County Board of Commissioners as Martin County Sheriff's Department, and City of Loogootee as Loogootee Police Department*


Respectfully submitted,

*Eric J. Leveque* (with permission)
Eric J. Leveque, Atty. No. 38929-49
Allison F. Mauk, Atty. No. 38266-84
Timothy M. Hamilton, Atty. No. 39708-22
OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
*Attorneys for Defendants Gaven Wilson, Dave Qualkenbush and Steven Nolan*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March 2026, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following counsel of record via email:

Lonnie D. Johnson
ljohnson@lawcjb.com
Justin K. Schwemmer
jschwemmer@lawcjb.com
CLENDENING JOHNSON & BOHRER, P.C.
409 W. Patterson Drive, Suite 205
Bloomington, Indiana 47403
*Attorneys for Plaintiff Jon David Flynn*

Eric J. Leveque
Eric.Leveque@atg.in.gov
Allison F. Mauk
Allison.Mauk@atg.in.gov
Timothy M. Hamilton
Timothy.Hamilton@atg.in.gov
OFFICE OF ATTORNEY GENERAL TODD
ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
*Attorneys for Defendants Gaven Wilson,*
*Dennis Quakenbush, and Steven Nolan*

*Peter J. Hutson*
Peter J. Hutson

CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
T:  (317)773-2190
Email: PHutson@cchalaw.com
LRoberts@cchalaw.com

4